# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

132261

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LEONARD LEWIS, JR.,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132261
COA: 269025
Wayne CC: 01-008016-01

On order of the Court, the application for leave to appeal the September 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

_____
Clerk

p1218